UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MURIKA K. MATZ,<br><br>               Plaintiff,<br><br>vs.<br><br>VISIER INC,<br><br>               Defendant. | No. 2:23-cv-01815-JHC<br><br>STIPULATION AND ORDER FOR DISMISSAL |

## **STIPULATION**

Having settled this matter in mediation, it is hereby stipulated by and between the parties hereto that the above-entitled matter may be dismissed with prejudice and without costs or fees to any party.

\\\

\\\

STIPULATION AND ORDER FOR DISMISSAL– Page 1

DATED this 20th day of December, 2024.

DENO MILLIKAN LAW FIRM, PLLC

BY: /s/ Joel P. Nichols
    Joel P. Nichols, WSBA #23353
    Attorney for Plaintiff

O'HAGAN MEYER, PLLC

BY: /s/ John B. Bigos
    John B. Bigos, WSB #52297
    Attorneys for Defendant

## **O R D E R**

The parties having stipulated for dismissal of the above-entitled matter with prejudice and without costs or fees to any party, and the court being fully advised in the premises, now, therefore, it is hereby ORDERED that the above-entitled matter shall be and the same hereby is dismissed with prejudice and without costs or fees to any party.

DONE this 20th day of December, 2024.

_____
John H. Chun
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL– Page 2